UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

-against-

WARDEN HARVEY, et al.,

                Defendants.

24-CV-2721 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 28, 2024, the Court granted Plaintiff 60 days to file an amended complaint that complied with the standards set forth in that order. The Order to Amend was mailed to Plaintiff's last known address, which was the Five Points Correctional Facility, on October 31, 2024. On November 13, 2024, the Court received notice from Plaintiff that he had been transferred to Sing Sing Correctional Facility on November 4, 2024. In an abundance of caution, the Court extends the amount of time granted to file an amended complaint to 60 days from the date of this order.

      Plaintiff is granted leave to file an amended complaint that complies with the standards set forth in the October 28, 2024 Order to Amend. Plaintiff must submit the amended complaint to this court's Pro Se Intake Unit within 60 days of the date of this order. The Clerk of Court is directed to mail this order, along with a copy of the October 28, 2024 Order to Amend, to the Plaintiff at Sing Sing Correctional Facility.

SO ORDERED.

Dated:  December 2, 2024
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge