UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                Plaintiff,

-against-

WARDEN HARVEY, ET AL.,

                Defendants.

24-cv-2721 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 28, 2024, order, this action is dismissed for failure to state a claim upon which relief may be granted, and it will decline to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c)(3) of any state law claims he may be asserting.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 8, 2025
           New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                         Chief United States District Judge